Bradley Bernstein Sands LLP
Darin Sands, OSB No. 106624
1425 SW 20th Ave, Suite 201
Portland, OR 97201
503-734-2480
dsands@bradleybernsteinllp.com

Gibson, Dunn & Crutcher LLP
Jesse Cripps, *pro hac vice forthcoming*
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7792
JCripps@gibsondunn.com

Attorneys for Defendants
*Becklin Holdings, Inc. and Dennis Sterling Becklin*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CASEY R. INGELS,<br><br>    Plaintiff,<br><br>  v.<br><br>BECKLIN HOLDINGS, INC., DBA ECS COMPOSITES, INC., AND DENNIS STERLING BECKLIN, AN INDIVIDUAL,<br><br>    Defendants. | CASE NO.<br><br>(Removal from the Circuit Court of the State of Oregon for the County of Multnomah, No. 22CV09868) |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Becklin Holdings, Inc., by and through its undersigned counsel, hereby files this disclosure statement as required by Federal Rule of Civil Procedure 7.1.

Becklin Holdings, Inc. has no parent corporation. As of the date of this filing, no publicly held corporation owns 10% or more of its stock.

DATED: March 23, 2022                    Respectfully Submitted,


By: /s/ *Darin M. Sands*

Bradley Bernstein Sands LLP
Darin Sands, OSB No. 106624
1425 SW 20th Ave, Suite 201
Portland, OR 97201

Gibson, Dunn & Crutcher LLP
Jesse Cripps, *pro hac vice forthcoming*
333 South Grand Avenue
Los Angeles, CA 90071

*Attorneys for Becklin Holdings and Dennis Sterling Becklin*

**CERTIFICATE OF SERVICE**

I, Darin Sands, hereby certify that I electronically filed the foregoing Notice of Removal with the Court's CM/ECF system.  I also am emailing this filing to Plaintiff's counsel of record in the Removed Action.

Dated: March 23, 2022

                                                           /s/ *Darin M. Sands*
                                                        Darin M. Sands